IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LINDA ADAMS,<br>   *Plaintiff*, | §<br>§<br>§ | |
| v. | § | Cause No. 3:21-CV-00837 |
| | § | |
| WAFFLE HOUSE, INC. D/B/A<br>WAFFLE HOUSE,<br>   *Defendant*. | §<br>§<br>§<br>§ | |

## JOINT REPORT OF SETTLEMENT NEGOTIATIONS

In accordance with the Court's April 20, 2023 Electronic Order (Document No. 14) and December 21, 2021 Mediation Order (Document No. 9), Plaintiff Linda Adams and Defendant Waffle House, Inc. d/b/a Waffle House (the "Parties") file this Joint Report of Settlement Negotiations and would respectfully show the Court as follows:

Mediation was conducted on May 31, 2023, with Mike McCullough as mediator. The individual parties and their counsel appeared for the entirety of the mediation as set forth below:

**Plaintiff**

(i)   Taylor P. Adams, counsel for Plaintiff

(ii)  Linda Adams, Plaintiff

**Defendant**

(iii) Meagan Z. Polk, counsel for Defendant

(iv)  Gregory J. Newman, Vice President and Litigation Counsel in his capacity as company representative for Defendant Waffle House, Inc.

The mediation began at 9:00 a.m. and lasted until approximately 11:00 a.m., at which time a settlement of all claims was reached. The Parties are in the process of securing settlement agreements and will file the appropriate dismissal documents with the Court.

Respectfully submitted,

| | |
|---|---|
| */s/ Taylor P. Adams w/Permission* | */s/ Patrick F. Madden* |
| **Jonathan E. Rawlins** | **Patrick F. Madden** |
| State Bar No. 24079184 | State Bar No. 00787943 |
| jrawlins@rawfirm.com | PMadden@MacdonaldDevin.com |
| **Taylor P. Adams** | **Jennifer A. Cheek** |
| State Bar No. 24096595 | State Bar No. 24095098 |
| tadams@rawfirm.com | JCheek@MacdonaldDevin.com |
| | **Meagan Z. Polk** |
| **RAWLINS LAW FIRM, LLC** | State Bar No. 24076627 |
| 12801 N. Central Expressway, Ste. 360 | MPolk@MacdonaldDevin.com |
| Dallas, Texas 75243 | |
| Telephone (972) 372-0766 | **MACDONALD DEVIN MADDEN** |
| Facsimile (972) 372-0765 | **KENEFICK & HARRIS, P.C.** |
| | 12770 Coit Road, Suite 1100 |
| **COUNSEL FOR PLAINTIFF** | Dallas, Texas 75251 |
| **LINDA ADAMS** | Telephone (214) 744-3300 |
| | Facsimile (214) 747-0942 |
| | |
| | **COUNSEL FOR DEFENDANT** |
| | **WAFFLE HOUSE, INC.** |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been forwarded to the following counsel in accordance with the Federal Rules of Civil Procedure and Local Rules of this Court on this 5th of June, 2023.

**Jonathan E. Rawlins**
State Bar No. 240979184
jrawlins@rawfirm.com
**Taylor P. Adams**
State Bar No. 24096595
tadams@rawfirm.com
**RAWLINS LAW FIRM, LLC**
12801 N. Central Expressway, Ste. 360
Dallas, Texas 75243
E-service: service@rawfirm.com

                                                            */s/ Megan Z. Polk*
                                                            **MEAGAN Z. POLK**